IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL HUDNALL,

    Plaintiff,

v.                                        Case No. 3:07cv327/MCR/MD

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant.
_____/

**O R D E R**

    Plaintiff CHERYL HUDNALL has filed the current action against Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq. (Doc. 1). The parties' joint report reflects a dispute as to the applicable standard of review in this case. Accordingly, the parties are directed to file memoranda addressing the applicable standard of review and whether any discovery is necessary. Such memoranda must be submitted on or before December 17, 2007. All further proceedings are stayed pending the court's determination of the appropriate standard of review.

    **ORDERED** on this 28th day of November, 2007.

                                                 *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**